## 13627.  BLAKE *v.* THE STATE.

BLOODWORTH, J.  This case is here upon the general grounds only.  No error of law appears; the evidence, while conflicting, is sufficient to support the verdict, which has the approval of the trial judge, and this court will not interfere.

*Judgment affirmed.*  *Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 11, 1922.

Indictment for larceny; from McIntosh superior court — Judge Sheppard.  April 11, 1922.

*Livingston Kenan,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general,* contra.

---

## 13629.  WEATHERBY *v.* THE STATE.

BROYLES, C. J.  1. The alleged newly discovered evidence upon which the amendment to the motion for a new trial was based is merely cumulative and impeaching in character, and is not such evidence as would probably cause a different verdict upon another trial of the case.

2. The verdict was amply authorized by the evidence, and the court did not err in refusing to grant a new trial.

*Judgment, affirmed.*  *Luke and Bloodworth, JJ., concur.*

DECIDED JULY 11, 1922.

Indictment for manufacture of liquor; from Haralson superior court — Judge Irwin.  April 5, 1922.

*Griffith & Matthews,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general,* contra.

---

## 13630.  ANDERSON *v.* THE STATE.

LUKE, J.  Upon conflicting evidence, the judgment of guilty was fully authorized.  For no reason assigned, was it error to overrule the motion for a new trial.

*Judgment affirmed.*  *Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 11, 1922.

Accusation of possession of liquor; from city court of Thomasville — Judge W. H. Hammond.  April 6, 1922.

*J. M. Austin,* for plaintiff in error.